AO 121

| To: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyrights(s):

| ✖ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>2:14-cv-00627-EJF | DATE FILED<br>08/29/2014 | United States District Court for the District of Utah<br>351 S West Temple, Room 1.100, Salt Lake City, UT 84101 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Rachel Ann Nunes | Tiffanie Rushton |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 TX0004855722 | Love to the Highest Bidder | Rachel Ann Nunes |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Registrar of Copyrights & lodge a copy in the file
2) Upon filing of document adding copyright(s), mail copy to Registrar of Copyrights & lodge a copy in the file
3) Upon termination of action, mail copy to Registrar of Copyrights & lodge a copy in the file
4) In the event of an appeal, forward copy to the Appellate Court & lodge a copy in the file.