THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RACHEL ANN NUNES,<br><br>              Plaintiff,<br><br>v.<br><br>TIFFANIE RUSHTON,<br><br>              Defendant. | **JUDGMENT**<br><br>Civil No. 2:14-cv-00627<br><br>Judge:   Jill N. Parrish<br>Magistrate Judge:   Dustin B. Pead |

      Based on the stipulation of the parties, [Docket 305], Judgment is hereby entered against Tiffanie Rushton in favor of Rachel Ann Nunes that: (1) Rushton's infringement of Nunes' copyright in *A Bid for Love* was committed "willfully" under 17 § U.S.C. 504(c)(2), and (2) Rushton is liable to Nunes for willful copyright infringement under § 504(c)(2) in the statutory maximum amount of $150,000.00.

      SIGNED July 3, 2018,

                            BY THE COURT

                            _____
                            Jill N. Parrish
                            United States District Court Judge